UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                **Plaintiff,**<br><br>-against-<br><br>FRANTZ SIMEON AND<br>FIRST BLACK ENTERPRISES, INC.,<br><br>                **Defendants.** | 21 Civ. 05266 (ARR-LGD) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO FIRST BLACK ENTERPRISES, INC. PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant First Black Enterprises, Inc. ("FBE"). FBE has not appeared—much less filed an answer or motion for summary judgment—and this case does not fall under Federal Rules of Civil Procedure 23(e), 23.1(c), 23.2, or 66. *See* Fed.R.Civ.P. 41(a)(1)(A)(i) (Plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgement."); *see also In re WorldCom, Inc. Sec. Litig.*, Nos. 03-cv-4496 et al., 2003 WL 23095478, at *2

(S.D.N.Y. Dec. 30, 2003) ("Within the limitations set forth by the rule itself, the right to dismiss pursuant to Rule 41(a)(1) is 'absolute'") (internal quotation mark omitted).

Dated: October 21, 2024
      New York, New York

Respectfully submitted,

/s/ *Oren Gleich*
Oren Gleich
Amanda Rios
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-0190 (Gleich)
gleichor@sec.gov
